NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (CBN 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-8341
    Facsimile: (213) 894-7819
    Email: Louisa.Kirakosian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK WILFRED TAMARIN,<br><br>    Defendant. | **No. CV 20-3312-DSF**<br><br>**[CR 17-0344-DSF]**<br><br>**ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT [28 U.S.C. § 3205(c)(1)]**<br><br>**AND**<br><br>**ORDER TO ISSUE CLERK'S NOTICE OF CONTINUING POSTJUDGMENT GARNISHMENT [28 U.S.C. §3202(b)]**<br><br>**[MORGAN STANLEY]** |

The Court, having considered the Application of Plaintiff United States of America for an Order directing the Clerk of the Court to issue a Writ of Continuing Garnishment and a Clerk's Notice of Continuing Garnishment against defendant-judgment debtor Mark Wilfred Tamarin, for nonexempt funds, assets, and/or property in the custody, control, or possession of Garnishee Morgan Stanley , and it appearing to the Court that the issuance of such is proper under the circumstances of this case, ORDERS that:

(1) The Clerk of the Court shall issue a writ of continuing garnishment with respect to Garnishee(s) Morgan Stanley; and

(2) The Clerk of the Court shall issue a Clerk's Notice of Continuing Postjudgment Garnishment to Mark Wilfred Tamarin

by signing the forms submitted by the United States.

IT IS SO ORDERED.

DATED: April 14, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE